UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE LEE,<br><br>    Plaintiff,<br><br>v.<br><br>LOS ANGELES POLICE DEPARTMENT, et al.,<br><br>    Defendants. | No. CV 11-7033 JVS (FFM)<br><br>ORDER REMANDING ACTION TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES |

    On June 2, 2011, plaintiff Ronnie Lee filed a complaint against the Los Angeles Police Department, the Los Angeles Fire Department and various individual officers and detectives in the Superior Court of California for the County of Los Angeles. On August 25, 2011, defendants filed a notice of removal pursuant to 48 U.S.C. §§ 1441(a) and 1446(a). Defendants asserted that plaintiff could have filed his complaint in federal court because the first and second causes of actions set forth federal civil rights claims. Defendants also asserted that this Court had jurisdiction to consider the pending state claims as well.

    On September 7, 2011, plaintiff filed a motion to remand the action to state court. After the Court set a briefing schedule on plaintiff's motion, plaintiff requested, and the Court granted, leave to address additional arguments regarding the propriety of remand. Plaintiff asserted that because this Court previously had dismissed with prejudice an action filed by plaintiff asserting the same civil rights claims that

defendants contend provide this Court with jurisdiction, this Court has no jurisdiction over any of plaintiff's claims asserted in this action.

On September 30, 2011, defendants filed a notice of non-opposition to plaintiff's motion to remand.

As it appears that there is no basis for federal jurisdiction and defendants do not contest plaintiff's motion for remand, it is hereby ordered that plaintiff's motion to remand is granted and this action is remanded to the Superior Court of California for the County of Los Angeles.

DATED: 10.6.11

JAMES V. SELNA
United Stated District Judge

Presented by:

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge